# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>AMENDED<br>520-2020-04054 |
|---|---|---|

**New York State Division Of Human Rights** and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs.): Ms. Christian C. Jane
**Home Phone** (Incl. Area Code):
**Date of Birth**:

**Street Address**: 31-26 47th Street, apt 2, Astoria, NY 11103

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: COMMUNITY HEALTH PROJECT INC
**No. Employees, Members**: 201 - 500
**Phone No.**: (212) 271-7200
**Street Address**: 356 W 18TH ST, New York, NY 10011

**DISCRIMINATION BASED ON** (Check appropriate box(es).):
☒ RACE ☒ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 06-19-2019    Latest: 06-18-2020
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I am an African American individual who identifies as a transgender and worked at the above-mention entity from December of 2018 until February 03, 2020 when I was furloughed.
I believe that I was discriminated against because of my Sex (Gender), and my Race (Color) by my former employer when I was demoted and terminated.
Specifically, I was removed from a position of authority to one with less authority but with same job duties by my direct supervisor, White Male Mr. Finn Brigham and Executive director Ms. Wendy Stark, a White female.
I was told by a Human Resources employee that I was aggressive, and that people were scared of me although there were other non-transgendered females who also behaved the same way within the organization as, part of my job was to communicate management decisions to the entire staff. When I asked this employee why did she felt that way about me, she said that she just had a feeling and that it was my energy but, could not give me an specific reason or examples from my behavior that made her feel that way.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 3/30/2021
Charging Party Signature: [signature]

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>**AMENDED**<br>**520-2020-04054** |
|---|---|---|
| **New York State Division Of Human Rights** | | and EEOC |
| *State or local Agency, if any* | | |

Every time I tried to do my job Mr. Brigham, my direct supervisor would approach me supposedly to "clarify" points included in my communications because of my "tone".
I was written up for calling out of work once which directly goes against the policies written in the employee handbook, since I had provided a doctor's note and I shouldn't have been written up, as per the company's policy.
I was told by the former Human Resources Senior Director Mr. Andy Fliegel, to "watch out" for certain staff who skin were of black and brown color.
I was given negative reviews and I was told that my energy was aggressive by both the HR department and Ms. Stark, the Executive Director has also threatened me with writing me up and suspending me if I ever complained or share any of my experiences of Sex (Gender) and Race (Color) discrimination with any of Managers or the Diversity Equity and Inclusion committee.
On or about June 19, 2029 I filed a complaint internally against my company because of Sex and Race discrimination.
On or about October of 2019 I was informed of the conclusion of the investigation and I was never even followed up with an outcome of the same. I did not inquire about it because I was afraid of retaliation in the form of termination if I asked too many questions about it.
On or about December of 2019 I contacted the Investigator who handled the investigation regarding my claims, because I felt that I was being retaliated against because of my initial complaint filed in June 19, 2019.
The Investigator started a second investigation on December 19, 2019 which ended on or about February of 2020, towards the end.
On or about March of 2020 when we were hit with the covid-19, the company started the teleworking process and we all started working from home and at this time I heard that it would be likely that part of the staff was going to be furloughed.
After learning about the possible furlough, I did not inquire about my pending investigation because I was afraid that this might affect me and that I might be placed on the furlough list.
On June 18, 2020 I was notified that I was being furloughed and I was part of 27 employees out of 360 and only 27 of us were furloughed. I received an email with the list of the employees that were furloughed, and I was the only African American transgender person on that list. Out of the list 70% of the employees were African American and the rest were White.
I am sure that the reason that I was on that list was because of my complaints of discrimination. I also believe that I was retaliated against for letting my managers know that I felt discriminated against because of my Sex (Gender) and my Race (Color) and, for filling an internal complaint about it.

### Amendment:
On Tuesday, February 23, 2021 I received an email from the Chief People Officer, Lessie Askew stating that Callen-Lorde accepts my resignation from employment effective March 1, 2021. I didn't understand why I was being served with my own resignation opposed to being terminated. I replied to the email and asked if this was actually a notice of termination but, I did not receive a response.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 3/30/2021<br>Date      Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>**AMENDED**<br>**520-2020-04054** |
|---|---|---|

**New York State Division Of Human Rights** and EEOC
*State or local Agency, if any*

Three business days later I emailed my former employer again and did not get a reply.

On March 1, 2021 I mailed a letter to my former employer formally stating I was not resigning from my employment at Callen-Lorde via certified mail.
Since this took place eleven business days after I declined the settlement offer from Callen-Lorde during the mediation phase of this process, I believe that the resignation letter was another act of retaliation against me for engaging in a protected activity and for filing a complaint with the EEOC.

I have not received any communication from Callen-Lorde since this took place therefor, I am assuming that my employment was terminated.
Because of the reasons stated above, I am requesting that retaliation and wrongful termination are added as an amendment to this charge. I have attached the original email sent to me on February 23rd, 2021 and, uploaded it into the portal as of last week.

Based on the above, I believe that I was discriminated and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br>I declare under penalty of perjury that the above is true and correct.<br><br>3/30/2021<br>Date — Charging Party Signature | NOTARY – *When necessary for State and Local Agency Requirements*<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |
|---|---|

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.